

CLERK, U.S. DISTRICT COURT

AUG 1 2 2019

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:19 -MJ-02785 |
| v. | |
| Gilla Moloud Ekbatani | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant Ekbatani_ , IT IS ORDERED that a detention hearing is set for _Wednesday, 8-14-2019_ , _____ , at __2__ ☐ a.m. / ☒ p.m. before the Honorable _Magistrate Judge John E. McDermott_ , in Courtroom _341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal ~~or~~

_____ and produced for the hearing.

*(Other custodial officer)*

Dated: _8-12-2019_

~~U.S. District Judge~~/Magistrate Judge